# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2020 KW 0441

VERSUS

PETER CELESTINE                                         **JUNE 22, 2020**

---

In Re:     Peter Celestine, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. DC-19-06524.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**VGW**
**WJB**

**Guidry, J.,** dissents and would grant the writ application
for the sole purpose of remanding the matter to the district
court to hold a hearing on the motion for bond reduction to give
relator an opportunity to present evidence in support of his
motion.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.